Clifford LIAHBEN, Plaintiff—
Appellant,

v.

William L. OSTEEN, Jr., in his individual and official capacity as a practicing attorney in the law firm Adam and Osteen; Michael B. Mukasey, in his official capacity and his individual capacity as U.S. Attorney General; Anna Mills Wagoner, in her official capacity and her individual capacity as United States Attorney for the Middle District of North Carolina; AULD, in his individual and official capacity as United States Attorney for the Middle District of North Carolina; John W. Stone, Jr., in his official capacity and individual capacity as Assistant U.S. Attorney Press Officer; Carter Catlet, in his individual and official capacity United States Secret Service Agent; Mike Saunders, in his individual and official capacity as Detective for Winston Salem P.D.; S.W. Tolley, in his individual and official capacity as Detective for the Winston Salem P.D.; Deborah McClaren, in her official and individual capacity as Detective for Triad Municipal A.B.C. Law Enforcement; David B. Freedman, in his individual and official capacity as a practicing attorney in the law firm of Crumpler Freedman Parker and Witt; Vincent Frank Rabil, in his individual and official capacity as a practicing attorney in the law firm of Crumpler Freedman and Witt; Sergeant Bartman, in his individual and official capacity as an officer of the High Bridge P.D., Defendants—Appellees.

No. 09–7360.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 18, 2009.

Clifford Liahben, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifford Liahben appeals the district court's order adopting the recommendation of the magistrate judge and dismiss-

ing as frivolous Liahben's action pursuant to 42 U.S.C. § 1983 (2006), *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and the civil RICO statute.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Liahben v. Osteen,* No. 1:09–cv–00226–NCT–PTS (M.D.N.C. June 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* "Racketeer Influenced and Corrupt Organiza- tions" Act, 18 U.S.C. § 1964 (2006).